Melissa Newel (CABN #148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
SHANNON LYNEE CAHILL

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
MARCELO ILLARMO (MABN #670079)
Social Security Administration
Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA  94105
(510) 970-4822
marcelo.illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANNON LYNEE CAHILL**, | No. 1:20-CV-00809 (BAM) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY**, | |
| Defendant. | |

1    IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2  attorneys, subject to the approval of the Court, that Shannon Lynee Cahill ("Plaintiff") be
3  awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in
4  the amount of five thousand five hundred and forty-two dollars and thirty-four cents ($5,542.34).
5  This represents compensation for legal services rendered on behalf of Plaintiff by counsel in
6  connection with this civil action, in accordance with 28 U.S.C. §2412 (d).

7    After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
8  the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
9  *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
10 attorney fees are subject to any offset allowed under the United States Department of the
11 Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
12 determine whether they are subject to any offset.

13   Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
14 that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
15 payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
16 "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
17 made shall be delivered to Plaintiff's counsel.

18   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
19 attorney fees and does not constitute an admission of liability on the part of Defendant under
20 EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
21 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
22 and expenses in connection with this action.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: December 13, 2021                NEWEL LAW

                                        By:  *Melissa Newel*
                                             Melissa Newel
                                             Attorney for Plaintiff
                                             SHANNON LYNEE CAHILL

Dated: December 13, 2021                PHILLIP A. TALBERT
                                        Acting United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        By:  Marcelo N. Illarmo*
                                             MARCELO N. ILLARMO
                                             (*Authorized by email dated 12/10/2021*)
                                             Special Assistant U.S. Attorney
                                             Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) filed on December 13, 2021 (Doc. No. 25.):

IT IS HEREBY ORDERED that attorney fees in the amount of FIVE THOUSAND FIVE HUNDRED FORTY-TWO DOLLARS AND THIRTY-FOUR CENTS ($5,542.34) be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  **December 14, 2021**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE